NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ATSER RESEARCH TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

v.

**RABA-KISTNER CONSULTANTS, INC., RABA-KISTNER INFRASTRUCTURE, INC., RABA-KISTNER-ANDERSON CONSULTANTS, INC. (formerly know as RABAKISTNER CONSULTANTS (SW), INC.), BRYTEST LABORATORIES, INC. (doing business as RABA-KISTNER-BRYTEST CONSULTANTS, INC.), and LONE STAR INFRASTRUCTURE, JOINT VENTURE,**
*Defendants-Appellees.*

———————————

2010-1088

———————————

Appeal from the United States District Court for the Western District of Texas in case no.SA-07-CV-093, Judge Harry Lee Hudspeth.

———————————

**JUDGMENT**

———————————

ERIC M. ADAMS, Mehaffy Weber P.C., of Houston, Texas, argued for plaintiff-appellant.

JOHN P. MORAN, Holland & Knight, LLP, of Washington, DC, argued for defendants-appellees.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN and MOORE, *Circuit Judges*).

**AFFIRMED.**  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


_July 8, 2010__      _/s/ Jan Horbaly_____
Date                Jan Horbaly
Clerk